JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA SALES, INC., a California Corporation dba Statewide Distributors,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF THE UNITED STATES TRUSTEE,<br><br>    Defendant. | Case No. 5:19-cv-02133-JWH-KKx<br><br>**JUDGMENT** |

The above-captioned matter came before the Honorable John W. Holcomb, United States District Judge, presiding in Courtroom 2 of the above-captioned Court, pursuant to (1) the Motion for Summary Judgment of Defendant United States of America [ECF No. 25]; and (2) the Motion for Summary Judgment of Plaintiff USA Sales, Inc. [ECF No. 26].

All claims have now been resolved, as follows: In an Order on Cross-Motions for Summary Judgment dated April 1, 2021 [ECF No. 48], the Court (1) granted summary judgment in favor of Plaintiff in part, with respect to Plaintiff's substantive claims for relief, and denied in part, with respect to Plaintiff's request for attorneys' fees.

Now, therefore, pursuant to Rules 56 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered as follows:

1. Judgment is entered in favor of Plaintiff and against Defendant in the amount of $595,849.00 consisting of a refund of Chapter 11 quarterly fees previously paid by Plaintiff.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 19, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE