JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA SALES, INC., a California Corporation dba Statewide Distributors, | Case No. 5:19-cv-02133-JWH-KK |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| OFFICE OF THE UNITED STATES TRUSTEE, | |
| Defendant. | |

1   The above-captioned matter came before the Honorable John W.

2   Holcomb, United States District Judge, presiding in Courtroom 2 of the above-

3   captioned Court, pursuant to (1) the Motion for Summary Judgment of

4   Defendant United States of America [ECF No. 25]; and (2) the Motion for

5   Summary Judgment of Plaintiff USA Sales, Inc. [ECF No. 26].

6   All claims have now been resolved, as follows:  In an Order on Cross-

7   Motions for Summary Judgment dated April 1, 2021 [ECF No. 48], the Court

8   granted summary judgment in favor of Plaintiff in part, with respect to Plaintiff's

9   substantive claims for relief, and denied in part, with respect to Plaintiff's

10  request for attorneys' fees.

11  Now, therefore, pursuant to Rules 56 and 58 of the Federal Rules of Civil

12  Procedure,

13  It is hereby **ORDERED, ADJUDGED,** and **DECREED** that judgment

14  be entered as follows:

15      1.    Judgment is entered in favor of Plaintiff and against Defendant.

16      2.    The remedy in this case is prospective parity.

17      3.    To the extent that any party requests any other form of relief, such

18  request is **DENIED.**

19  **IT IS SO ORDERED.**

20

21  Dated:___December 17, 2024___          _____

22                                          John W. Holcomb
                                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28